1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSHUA OSMUN KENNEDY,

                          Petitioner,

        v.

UNITED STATES,

                          Respondent.

CASE NO. C12-1088RAJ

ORDER

        This matter comes before the court *sua sponte.*  On September 4, 2012, the court granted the parties' joint motion to stay proceedings until the Ninth Circuit issued its pending opinion in *United States v. Cotterman*, No. 09-10139.  Dkt # 7.  The court ordered petitioner to file an amended section 2255 petition with thirty days of the opinion that specifically addressed the *Cotterman* opinion.

        The Ninth Circuit issued the *Cotterman* opinion on March 8, 2013.  *U.S. v. Cotterman*, 709 F.3d 952 (2013).  The court lifts the stay and ORDERS petitioner to either file an amended petition that specifically addresses *Cotterman*, or to advise the court whether he voluntarily dismisses his § 2255 petition in light of *Cotterman*. Petitioner shall file the amended petition or notice of dismissal no later than June 14, 2013.

ORDER- 1

1    Dated this 25th day of April, 2013.

2

3

4                                              _____
                                               The Honorable Richard A. Jones
5                                              United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER- 2